**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1623

_____

United States of America,                    *
                                             *
          Appellee,                          *    Appeal from the United
                                             *    States District Court for the
     v.                                      *    Southern District of Iowa.
                                             *
Howard Andrew Brewer,                        *        [UNPUBLISHED]
                                             *
          Appellant.                         *

_____

Submitted: January 13, 1998
Filed: February 4, 1998

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and
    JONES,[1] District Judge.

_____

PER CURIAM.

Howard Andrew Brewer appeals his methamphetamine and felon-in-possession-of-a-firearm convictions. For reversal, he argues the District Court[2] (1) abused its discretion by failing to sever the firearm count from the drug counts; (2) erred by failing

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

to accept his stipulation regarding his prior convictions; (3) abused its discretion in several evidentiary rulings; and (4) abused its discretion because of the cumulative effect of the other alleged errors.

Having reviewed the case, we find no merit in any of Brewer's contentions. There being no error of law, no abuse of discretion, and no novel issues to warrant extended discussion, Brewer's convictions are AFFIRMED.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.